IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORP., | Civil Action No. 10-6318 (MLC/LHG) |
| Plaintiff, | |
| v. | R E C E I V E D |
| AUROBINDO PHARMA LTD. and AUROBINDO PHARMA USA, INC., | SEP 23 2011 |
| Defendants. | AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Medicis Pharmaceutical Corporation ("Medicis") and Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc., collectively ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

1. All claims and any counterclaims asserted in this suit by and between Medicis and Defendants are dismissed without prejudice; and

2. Each party shall bear its own costs, expenses, and attorney fees.

SO STIPULATED:

| | |
|---|---|
| **CONNELL FOLEY LLP**<br>*Attorneys for Medicis Pharmaceutical Corporation* | **LEYDIG, VOIT & MAYER, LTD.**<br>*Attorneys for Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.* |
| BY: *s/Liza M. Walsh*<br>Liza M. Walsh<br>Rukhsanah L. Lighari<br>85 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-0500 | BY: *s/Steven H. Sklar*<br>Steven H. Sklar<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780<br>(312) 616-5600 |
| Dated: September 13, 2011 | Dated: September 13, 2011 |

**SO ORDERED** this 23RD day of SEPT., 2011.

_____Mary L. Cooper_____
Honorable Mary L. Cooper, U.S.D.J.